**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1381**

MACEDONIO HERNANDEZ HERNANDEZ,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 22, 2018                    Decided:  October 30, 2018

Before WILKINSON and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Mark J. Devine, Charleston, South Carolina, for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, Song Park, Senior Litigation Counsel, Joseph A. O'Connell, Emily Kvalheim, Law Clerk, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Macedonio Hernandez Hernandez, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion for reconsideration. We have thoroughly reviewed the record and conclude that the Board did not abuse its discretion by denying reconsideration. *See Urbina v. Holder,* 745 F.3d 736, 741 (4th Cir. 2014) (stating standard of review). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*